# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Royer Brands International S.A.R.L.

                                        Plaintiff,

v.                                                   Case No.: 1:22−cv−04879

                                                 Honorable Andrea R. Wood

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 7, 2022:

      MINUTE entry before the Honorable Andrea R. Wood: Telephonic status and motion hearing held. For the reasons stated on the record, Plaintiff's motion for entry of default and default judgment [38] is granted. The Court enters default against Defendants identified in Schedule A in accordance with FRCP 55(a). The ten thousand dollar ($10,000) surety bond posted by Plaintiff is hereby released to Plaintiff or their counsel, Greer, Burns & Crain, Ltd.. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Plaintiff or their counsel. Enter final judgment order by default. Civil case terminated. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.