IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROYER BRANDS INTERNATIONAL S.A.R.L., | Case No. 22-cv-04879 |
| Plaintiff, | Judge Andrea R. Wood |
| v. | Magistrate Judge Heather K. McShain |
| FUJIAN QIHA HA NETWORK TECHNOLOGY CO., LTD., et al., | |
| Defendants. | |

**FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiff Royer Brands International S.A.R.L. ("Royer Brands" or "Plaintiff"), against the fully interactive, e-commerce stores[1] operating under the seller aliases identified on Schedule A to the Complaint and attached hereto (collectively, the "Seller Aliases"), and Plaintiff having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by Plaintiff, a temporary restraining order and preliminary injunction against Defaulting Defendants which included an asset restraining order;

Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

1

None of the Defaulting Defendants having answered or otherwise plead, and the time for answering the Complaint having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds, in the absence of adversarial presentation, that it has personal jurisdiction over the Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Royer Brands has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars, and have sold products using infringing and counterfeit versions of Royer Brands' federally registered trademarks ("Von Dutch Trademarks") to residents of Illinois. In this case, Royer Brands has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using counterfeit versions of the Von Dutch Trademarks. *See* Docket No. [17], which includes screenshot evidence confirming that each Defendant internet store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the Von Dutch Trademarks. A list of the Von Dutch Trademarks is included in the below chart.

| Registration No. | Trademark | Goods and Services |
|---|---|---|
| 4081825 | VON DUTCH | For: Precious metals and their alloys; jewelry; precious stones; clocks and chronometric instruments; silver ware other than cutlery, forks and spoons, namely, rings, necklaces, bracelets, earrings, brooches, tie pins, ornamental pins; rings being jewelry; earrings; bracelets being jewelry; brooches |

| | | being jewelry; necklaces being jewelry; tie pins; ornaments being jewelry, namely, ornamental pins, hat ornaments of precious metal, shoe ornaments of precious metal; works of art of precious metal; jewelry cases; watches; chronographs as watches; cases, wristbands, chains, springs or glasses for watches; novelty key rings of precious metal; boxes and cases for timepieces and jewelry; medals in class 14.<br><br>For: Leather and imitations of leather; goods made of these materials and not included in other classes, namely, leather handbags, leather purses, leather bags and wallets; animal skins; trunks and traveling bags; umbrellas, parasols and walking sticks; card cases and notecases, namely, business card cases, name card cases, credit card cases; leather key cases; attaché cases; briefcases; animal skin, namely, moleskin as an imitation of leather; imitation leather; bags for climbers in the nature of all-purpose carrying bags; bags for campers in the nature of backpacks; traveling bags, beach bags, school bags; cases specially designed to contain toiletry articles, sold empty; leather traveling sets in the nature of kit bags, luggage; leather and imitation leather boxes, business cases, cases for make-up products, sold empty; unfitted toiletry and make-up bags, sold empty; wallets, purses not of precious metal; collars or covers for animals; shopping nets or bags, namely, mesh shopping bags, textile shopping bags; bags or small bags in the nature of envelopes and pouches for packaging merchandise, made of leather; bags for sports in class 18.<br><br>For: Clothing, namely, footwear, headgear in the nature of headwear; shirts; leather or imitation leather clothing, namely, pants, shirts, trousers, coats; feminine clothing articles, namely, lingerie, skirts and dresses; hoods as clothing; belts as clothing; gloves as clothing; scarves; neckties, hosiery; socks; slippers; beach, ski or sports footwear; overalls; shirts; chemisettes; tee-shirts; combinations as clothing; slips as undergarments; suits; trousers; jackets; pullovers; waistcoats; sweaters; frocks; shirt yokes; shirt fronts; finished, ready-made linings as parts of clothing; coats; stuff jackets; pelerines; |
|---|---|---|

3

| | | |
|---|---|---|
| | | gabardines as clothing; waterproof clothing, namely, raincoats; finished textile pockets for clothing; pocket squares; jerseys as clothing; knitwear as clothing, namely, sweaters; underwear; caps; sashes for wear in class 25. |
| 2380173 | VON DUTCH | For: jackets, T-shirts in class 25. |
| 4434482 | VON DUTCH | For: Footwear in class 25. |
| 4619227 | *[winged eyeball logo]* | For: Precious metals and their alloys; jewelry; precious stones; clocks and chronometric instruments; gold and silverware other than cutlery, forks and spoons, namely, rings, necklaces, bracelets, earrings, brooches, ornamental pins; rings being jewelry; earrings; bracelets; brooches; necklaces; ornaments as jewelry, namely, ornamental pins, hat ornaments of precious metal, shoe ornaments of precious metal; works of art of precious metal; jewelry cases; jewelry caskets; watches; chronographs as watches; watch cases, straps, chains, springs or glasses; key rings of precious metal; boxes and cases for timepieces and jewelry; medals in class 14.<br><br>For: Leather and imitations of leather; goods made of these materials not included in other classes, namely, leather handbags, leather purses, leather bags and wallets; animal skins; trunks and traveling bags; umbrellas, parasols and walking sticks; card cases and note cases, namely, business card cases, name card cases, credit card cases, leather cases for notes; leather cases for keys; briefcases; imitation leather; sunshade parasols, bags for climbers in the form of multi-purpose carrying bags; camping bags in the form of rucksacks; travel bags, beach bags, school bags; cases specially made for containing toiletries, sold empty; luggage; wallets, purses not of precious metal; collars or clothing for animals; shopping nets or bags, namely, mesh shopping bags, textile shopping bags; bags, small bags in the nature of envelopes and pouches for packaging merchandise, made of leather; sports bags in class 18.<br><br>For: Clothing, namely, shirts, pants, coats, dresses, skirts, footwear, headgear in the nature of headwear; |

4

| | | |
|---|---|---|
| | | shirts; clothing of leather or imitation leather, namely, pants, shirts, pants, coats; women's clothing, namely, lingerie, skirts and dresses; hoods as clothing; belts; gloves; scarves; hosiery; socks; slippers; beach or sports footwear; slips; shirts; short-sleeve shirts; tee-shirts; slips; trousers; jackets; pullovers; sweaters; shirt yokes; shirt fronts; finished textile linings for garments; coats; stuff jackets; pelerines; gabardine jackets; waterproof clothing, namely, rain coats; finished textile pockets for clothing; pockets for clothing; pocket squares; sweaters as clothing; knitwear as clothing, namely, sweaters; underwear; robes; caps; headwear; sashes for wear in class 25. |
| 2901875 | VonDutch | For: jackets, T-shirts, footwear in class 25. |
| 4693779 | Von | For: Precious metals and their alloys and goods in precious metals or coated therewith not included in other classes, namely, jewelry; jewelry, precious stones; timepieces and chronometric instruments; jewelry and jewelry articles, namely, rings, necklaces, bracelets, earrings, brooches, tie pins, ornamental pins, dress watches; gold and silver ware other than cutlery, forks and spoons, namely, gold rings, silver rings, gold necklaces, silver necklaces, gold bracelets, silver bracelets, gold earrings, silver earrings, gold brooches, silver brooches, gold tie pins, silver tie pins, gold ornamental pins, silver ornamental pins; rings; earrings; bracelets; brooches; necklaces; tie pins; ornaments of precious metal in the nature of jewelry; works of art of precious metal; jewelry boxes, cases; watches; chronographs as watches; watch cases, straps, chains, springs and glasses; fancy key rings, statues and figurines of precious metal; cases and caskets for timepieces and jewelry; medals in class 14.<br><br>For: Leather and imitation leather, and goods made of these materials and not included in other classes, namely, leather handbags, leather purses, leather bags and wallets; animal skins; trunks and suitcases; umbrellas, parasols and card cases and notecases, namely, business card cases, name card cases, credit card cases; key cases; imitation leather; beach |

|  |  | umbrellas; pocket wallets; purses not of precious metal, handbags, backpacks, wheeled bags, bags for climbers in the nature of all-purpose carrying bags, bags for campers in the nature of all-purpose carrying bags, travel bags, beach bags, school bags; toiletry cases sold empty; leather travel baggage; boxes of leather and imitations of leather vanity cases sold empty, leather traveling baggage, leather briefcases, leather key cases; toiletry and make-up bags sold empty; wallets; purses; clothing for animals, namely, collars; bags or net bags for shopping, namely, mesh shopping bags, leather shopping bags; bags and small bags for packaging of leather; sports bags in class 18.<br><br>For: Clothing, namely, shirts, pants, sweaters, footwear, headgear, namely, hats and caps; shirts, clothing made of leather or imitation leather, namely, shirts, pants, sweaters; garments, namely, shirts, sweaters; clothing for women, namely, shirts, tops, lingerie, skirts and dresses; hoods; belts; gloves; scarves; neckties, hosiery; socks; bedroom slippers; beach and athletic footwear; garments, namely, coats, hooded sweatshirts; overalls; short-sleeve shirts; tee-shirts; combinations; slips; suits; trousers; jackets; pullovers; vests; sweaters; dresses; shirt yokes; shirt fronts; finished textile linings for garments; coats; stuff jackets; pelerines; gabardines; raincoats; pockets for clothing; pocket squares; jerseys; knitwear, namely, knitted shirts, knitted sweaters; lingerie; robes; caps; sashes for wear; underwear in class 25. |

This Court further finds that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114) and false designation of origin (15 U.S.C. § 1125(a)).

Accordingly, this Court orders that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

The Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert or participation with them be permanently enjoined and restrained from:

    a. using Von Dutch Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Von Dutch product or not authorized by Royer Brands to be sold in connection with the Von Dutch Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Von Dutch product or any other product produced by Royer Brands, that is not Royer Brands' or not produced under the authorization, control or supervision of Royer Brands and approved by Royer Brands for sale under the Von Dutch Trademarks;

    c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control or supervision of Royer Brands, or are sponsored by, approved by, or otherwise connected with Royer Brands;

    d. further infringing the Von Dutch Trademarks and damaging Royer Brands' goodwill; and

    e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Royer Brands, nor authorized by Royer Brands to be sold or offered for sale, and which bear any of Royer Brands'

    trademarks, including the Von Dutch Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof.

2. Upon Royer Brands' request, any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc. ("Amazon"), ContextLogic Inc. d/b/a Wish.com ("Wish.com"), Walmart, Inc. ("Walmart"), Etsy, Inc. ("Etsy"), and DHgate.com ("DHgate"), (collectively, the "Third Party Providers") shall within seven (7) calendar days of receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the Von Dutch Trademarks.

3. Pursuant to 15 U.S.C. § 1117(c)(2), Royer Brands is awarded statutory damages from each of the Defaulting Defendants in the amount of five hundred thousand dollars ($500,000) for willful use of counterfeit Von Dutch Trademarks in connection with the sale of products sold through at least the Defaulting Defendants' Online Marketplaces.

4. Royer Brands may serve this Order on Third Party Providers, including PayPal, Inc. ("PayPal"), eBay, Alipay, Alibaba, Ant Financial Services Group ("Ant Financial"), Wish.com, Walmart, Etsy, DHgate, and Amazon Pay, by e-mail delivery to the e-mail addresses Royer Brands used to serve the Temporary Restraining Order on the Third Party Providers.

5. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, DHgate, and Amazon

Pay, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any financial accounts connected to Defaulting Defendants' Seller Aliases, and Online Marketplaces from transferring or disposing of any funds, up to the above identified statutory damages award, or other of Defaulting Defendants' assets.

6. All monies, up to the above identified statutory damages award, in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, DHgate and Amazon Pay, are hereby released to Royer Brands as partial payment of the above-identified damages, and Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, DHgate, and Amazon Pay, are ordered to release to Royer Brands the amounts from Defaulting Defendants' financial accounts within seven (7) calendar days of receipt of this Order.

7. Until Royer Brands has recovered full payment of monies owed to it by any Defaulting Defendant, Royer Brands shall have the ongoing authority to serve this Order on Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, DHgate, and Amazon Pay, in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified.  Upon receipt of this Order, Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Walmart, Etsy, DHgate, and Amazon Pay, shall within seven (7) calendar days:

    a. locate all accounts and funds connected to Defaulting Defendants' Seller Aliases, and Online Marketplaces, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in

Exhibit 3 to the Declaration of Olivier Mercier, and any e-mail addresses provided for Defaulting Defendants by third parties;

b. restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

c. release all monies, up to the above identified statutory damages award, restrained in Defaulting Defendants' financial accounts to Royer Brands as partial payment of the above-identified damages within seven (7) calendar days of receipt of this Order.

8. In the event that Royer Brands identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Royer Brands may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 3 to the Declaration of Olivier Mercier and any e-mail addresses provided for Defaulting Defendants by third parties.

9. The ten thousand dollar ($10,000) surety bond posted by Royer Brands is hereby released to Royer Brands or their counsel, Greer Burns & Crain, Ltd. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Royer Brands or its counsel.

This is a Final Judgment.

DATED: December 7, 2022

_____
Andrea R. Wood
United States District Judge

Royer Brands International S.A.R.L. v. Fujian Qiha Ha Network Technology Co., Ltd., et al. – Case No. 22-cv-4879

# Schedule A

| Defendant Online Marketplaces ||  |
|---|---|---|
| No | URL | Name / Seller Alias |
| 1 | qihaha.en.alibaba.com | Fujian Qiha Ha Network Technology Co., Ltd. |
| 2 | chinazebra.en.alibaba.com | Guangdong Zebra Jewelry Co., Ltd. |
| 3 | csmei.en.alibaba.com | Guangzhou Csmei Jewelry Co., Ltd. |
| 4 | jolon.en.alibaba.com | Shaoxing Jolon Gifts Co., Ltd. |
| 5 | yiwuwenzhuo.en.alibaba.com | Yiwu Wenzhuo E-Commerce Firm |
| 6 | aliexpress.com/store/1101687626 | ac0727-luggage-family Store |
| 7 | aliexpress.com/store/1101402294 | AK115 Store |
| 8 | aliexpress.com/store/1101620399 | BZ Store |
| 9 | aliexpress.com/store/1101418565 | CR PATCH Store |
| 10 | aliexpress.com/store/1101471067 | DPSDE Sexy Women's Store |
| 11 | aliexpress.com/store/1101247659 | dxydecals Store |
| 12 | aliexpress.com/store/1101418894 | earlfamily Official Store |
| 13 | aliexpress.com/store/1100750474 | Elife Zone Co., Ltd |
| 14 | aliexpress.com/store/1102174186 | GEJU Store |
| 15 | aliexpress.com/store/1102012936 | green stickers Store |
| 16 | aliexpress.com/store/1101400842 | LuckyBeauties Store |
| 17 | aliexpress.com/store/1101952963 | MotoPATCHES Official Store |
| 18 | aliexpress.com/store/1101453901 | MOTOR PATCH Store |
| 19 | aliexpress.com/store/1101583951 | QS car products Store |
| 20 | aliexpress.com/store/1101551517 | sexy baby 001 Store |
| 21 | aliexpress.com/store/1101944449 | shop 9900024 Store |
| 22 | aliexpress.com/store/1101976412 | Shop1100011010 Store |
| 23 | aliexpress.com/store/1102004886 | Shop1100171357 Store |
| 24 | aliexpress.com/store/1102011484 | Shop1100185102 Store |
| 25 | aliexpress.com/store/1102023067 | Shop1100223429 Store |
| 26 | aliexpress.com/store/1102027268 | Shop1100250117 Store |
| 27 | aliexpress.com/store/1102027581 | Shop1100265004 Store |
| 28 | aliexpress.com/store/1102033500 | Shop1100287155 Store |
| 29 | aliexpress.com/store/1102040563 | Shop1100351486 Store |
| 30 | aliexpress.com/store/1100387916 | Shop1100388939 Store |
| 31 | aliexpress.com/store/1100388983 | Shop1100390921 Store |
| 32 | aliexpress.com/store/1102055502 | Shop1102056527 Store |
| 33 | aliexpress.com/store/1102065039 | Shop1102059999 Store |
| 34 | aliexpress.com/store/1102057591 | Shop1102062548 Store |

| | | |
|---|---|---|
| 35 | aliexpress.com/store/1102091538 | Shop1102094556 Store |
| 36 | aliexpress.com/store/1102098025 | Shop1102099016 Store |
| 37 | aliexpress.com/store/1100835350 | Shop1188201 Store |
| 38 | aliexpress.com/store/1101686468 | shop58426 Store |
| 39 | aliexpress.com/store/1101731941 | shop7969 Store |
| 40 | aliexpress.com/store/1101537581 | Shop910329021 Store |
| 41 | aliexpress.com/store/1101555653 | Shop910942024 Store |
| 42 | aliexpress.com/store/1101556218 | Shop910961020 Store |
| 43 | aliexpress.com/store/1101569143 | Shop911050120 Store |
| 44 | aliexpress.com/store/1101255499 | ST Depp Store |
| 45 | aliexpress.com/store/1101289168 | TEEZ Store |
| 46 | aliexpress.com/store/1101341305 | you ku Store |
| 47 | aliexpress.com/store/1102022683 | zipin Store |
| 48 | amazon.com/sp?seller=A3CIK1Q8GKI004 | A3CIK1Q8GKI004 |
| 49 | amazon.com/sp?seller=AJL8AFSWEH6SO | Bass hat shop |
| 50 | amazon.com/sp?seller=A1HCTXR3KTFCFN | cdb1502102 |
| 51 | amazon.com/sp?seller=A1DVQJWMN198O9 | chen1212jing |
| 52 | amazon.com/sp?seller=A2BTFEQCXLKFEY | chenguoxiong888 |
| 53 | amazon.com/sp?seller=A39DD1FNW9MG66 | kunmingtanghuikejiyouxianzerengongsi |
| 54 | amazon.com/sp?seller=A33IS303I0MSQE | linfubin |
| 55 | amazon.com/sp?seller=AU215L6AWDO3E | linzhiweiddd |
| 56 | amazon.com/sp?seller=A2RA8KE5AKQPD7 | LOijasjw582 |
| 57 | amazon.com/sp?seller=A337LUYTJTA0LT | VCBVGFDSHHFD9GVFDSGHSDFH |
| 58 | amazon.com/sp?seller=AH0PK8T7UWL25 | XQYECOS |
| 59 | amazon.com/sp?seller=A2RM1VU9NHWBS7 | YEGFGH |
| 60 | amazon.com/sp?seller=A3I4JY3NDP7KX9 | Zedexi Direct |
| 61 | dhgate.com/store/21733713 | Aliyun1 |
| 62 | dhgate.com/store/21753978 | Beautiful0001 |
| 63 | dhgate.com/store/21753998 | Beverly888 |
| 64 | dhgate.com/store/21801081 | Caps16 |
| 65 | dhgate.com/store/21754699 | Chanel8888 |
| 66 | DISMISSED | DISMISSED |
| 67 | dhgate.com/store/21800537 | Dvhw |
| 68 | dhgate.com/store/21753968 | elegance01 Store |
| 69 | dhgate.com/store/21774455 | Elv1s_love88 |
| 70 | dhgate.com/store/21721360 | Fndwia |
| 71 | dhgate.com/store/21715032 | Followingfrom |
| 72 | dhgate.com/store/21750269 | hkshenyusheng10 Store |
| 73 | dhgate.com/store/21721601 | ju_sporting Store |
| 74 | dhgate.com/store/21773970 | Keaccstore |
| 75 | DISMISSED | DISMISSED |
| 76 | dhgate.com/store/21750778 | Pfzcta0 |
| 77 | dhgate.com/store/21751170 | Pfzctd2 |

| | | |
|---|---|---|
| 78 | dhgate.com/store/21800049 | Polouxie8885 |
| 79 | dhgate.com/store/21748567 | Pxinfu2021 |
| 80 | dhgate.com/store/21739102 | Saifannu |
| 81 | dhgate.com/store/21161111 | Shupi |
| 82 | dhgate.com/store/21800605 | Wmgb |
| 83 | DISMISSED | DISMISSED |
| 84 | dhgate.com/store/21767022 | Yuacc2022 |
| 85 | DISMISSED | DISMISSED |
| 86 | wish.com/merchant/5f9b6e3a06328e090f136047 | 30 segundos |
| 87 | wish.com/merchant/5e8979c18782b5709c3d6fee | Alice Patel |
| 88 | wish.com/merchant/5e8083f7873f9ddbfde01e7e | Anthony Greens |
| 89 | wish.com/merchant/5e8a91ea8782b51a943d6fc2 | Archie Ramirez |
| 90 | wish.com/merchant/5e86c3236fe69a89bfaa778a | Arthur Calton |
| 91 | wish.com/merchant/5fd87c75ce3d5a2fc5094603 | biddlenathan |
| 92 | wish.com/merchant/5ffe6c46d8759b2064d1fc70 | Breeze cakes and bakery |
| 93 | wish.com/merchant/5e881583355fe553f37cda7a | Brooke Hammons |
| 94 | wish.com/merchant/603ef8f24cf53119c3fdcbe9 | chenwei582 |
| 95 | wish.com/merchant/5f433053637902aafcfab2aa | Cocoban |
| 96 | wish.com/merchant/5fd2896f20dcdf423de19cd0 | Connorgetem |
| 97 | wish.com/merchant/5e5c8ce2f5995fad4bce11af | danerhcyre |
| 98 | wish.com/merchant/5e955c22ed195b11ffe97d3b | Danielleoo |
| 99 | wish.com/merchant/5e638c662724a83380dcfa93 | Deborah Hampton |
| 100 | wish.com/merchant/60a4ad7a2fe36a00594871d5 | dingwenbo01429 |
| 101 | wish.com/merchant/5e942648a93efffa004b1cac | Earnestyy |
| 102 | wish.com/merchant/5e9429976dc9798dc01a8b03 | Emmayy |
| 103 | wish.com/merchant/5e62054149d96a1eb69be0d5 | FSdfgx |
| 104 | wish.com/merchant/5f89110abcf281cb97c3a468 | gaokegang Store |
| 105 | wish.com/merchant/5e8f1467005c602802f10a6a | Gary Mathis |
| 106 | wish.com/merchant/60b5e3e678657717c19a704e | hanshengnan50817 |
| 107 | wish.com/merchant/5f5714c3a94e3e8a370ef070 | hdnjshuyfdtu |
| 108 | wish.com/merchant/619b2703eb24cfc5b969e8ab | hechongkai22807 |
| 109 | wish.com/merchant/6136f05ad8b9a1a43969cc2d | heyao01847 |
| 110 | wish.com/merchant/5f683ece6956f2d38de19d07 | huanglihua Store |
| 111 | wish.com/merchant/595a37e79579d84ebfd25d56 | I love my home store |
| 112 | wish.com/merchant/5e897c3bc77ae33c00b473ff | James Naquin |
| 113 | wish.com/merchant/60373bd47f637c593b56da1b | jiazihan3 |
| 114 | wish.com/merchant/5e7ee309e979f9f42aa6063b | jnffgh |
| 115 | wish.com/merchant/5e8063dba75829496d7ab215 | Joseph Garcia |
| 116 | wish.com/merchant/60a47cfd9d65e91ee23efddc | kangjiafu62124 |
| 117 | wish.com/merchant/5e6495f5ad6a882a2d648ab8 | kduiurkjher |
| 118 | wish.com/merchant/5e830aa1cb8079b945d9805f | Kimberly Thomsen |
| 119 | wish.com/merchant/60bd819a3cf1b60044c6cc8f | lichengbiao29485 |
| 120 | wish.com/merchant/60a090797dcbb143cc3d930d | liushuo39497 |

| 121 | wish.com/merchant/5ff4187fbe2eb53a838fa440 | liwenjie5993 |
|---|---|---|
| 122 | wish.com/merchant/5e6765a95a3e1f77e08fa826 | liyao123321 |
| 123 | wish.com/merchant/5e69c24f29e7867adf3adbaa | lliulili |
| 124 | wish.com/merchant/609f6fb24996570046936952 | lujiazhen92883 |
| 125 | wish.com/merchant/60c1a65bf79291a820e10f2c | luotong55295 |
| 126 | wish.com/merchant/5fd04ea84de53d411d64f498 | luoyibing1593 |
| 127 | wish.com/merchant/609b6beb50fde8004c6255b9 | luxingyu668 |
| 128 | wish.com/merchant/613187c306306ded2aa1f323 | lvanqinglv98011 |
| 129 | wish.com/merchant/5e81864129e7867bc0b0184d | mary obrien |
| 130 | wish.com/merchant/61a6f6660e3bebf1a6c67114 | mengenci40549 |
| 131 | wish.com/merchant/5fc5c01ee74ab38c5c19dbe3 | nanshengjun07 |
| 132 | wish.com/merchant/60a4951595ebf704c4c5c68b | niuzhi67664 |
| 133 | wish.com/merchant/5f8dd16fdb053458cd59c163 | parvovirus |
| 134 | wish.com/merchant/5fd8846cdff84f3c4cad24eb | piccirillonicholas |
| 135 | wish.com/merchant/610ab11b8fa15709ccde9649 | Pilsureic Fume |
| 136 | wish.com/merchant/5f5746c6de2080161695d938 | pskjgfsdufy |
| 137 | wish.com/merchant/60bb15610823f62700117cdf | qiuchao97444 |
| 138 | wish.com/merchant/5e9423dd563c0511212ae899 | Richardyy |
| 139 | wish.com/merchant/5e8a943c8782b5cd804197fe | Ruth Hunter |
| 140 | wish.com/merchant/5e8979a5eb54542580c26925 | Sandra Laporte |
| 141 | wish.com/merchant/5ed715cb29e7860e40aa0c6e | sdhiefytdiustf |
| 142 | wish.com/merchant/5e94457f563c053b822ab89e | Sean J Mejia |
| 143 | wish.com/merchant/5fc84d954b56b20defca8c67 | shanxinting |
| 144 | wish.com/merchant/5e94010abdebf4c80006e34f | Sheryltt |
| 145 | wish.com/merchant/5f49e6e8af87f203ca214f10 | TANGSHUNAGJJ |
| 146 | wish.com/merchant/5e6441092724a8ef95dc49b6 | Thomas Duff |
| 147 | wish.com/merchant/5e8d8086e6530151299691b5 | Thomassmgl |
| 148 | wish.com/merchant/5f55e7e51dc7830cd7d8c649 | udsuhgsuytfu |
| 149 | wish.com/merchant/5fc999ef61bf2f08e882a5f8 | wangchangqing454865 |
| 150 | wish.com/merchant/6129a72fc81af951a74907bc | wangmengying51265 |
| 151 | wish.com/merchant/605416beb784c10043961111 | wangshijie18519 |
| 152 | wish.com/merchant/613c252c7e2dbedfef9373b1 | wanyuanhang14420 |
| 153 | wish.com/merchant/5e873f98b67d448d10b1f8b2 | Warren Goodrich |
| 154 | wish.com/merchant/5e8eb6c651655356e7d4ee14 | wufush |
| 155 | wish.com/merchant/6079092b888c2b2f891e1c61 | wuxingchi15114 |
| 156 | wish.com/merchant/60a4bf21a6f9fb280d05c70f | xiaguoqiang01020 |
| 157 | wish.com/merchant/5f8004a9f20260852a9b1b9c | xuaimin Store |
| 158 | wish.com/merchant/60681426db293b078c4fe1de | xuhongzhe27933 |
| 159 | wish.com/merchant/5e4911b254040a4dc8a9d0e8 | yanpuxi |
| 160 | wish.com/merchant/609634cbf0b0bc1648be1ca7 | yanxuepeng54544 |
| 161 | wish.com/merchant/608265ff32a28600440a18ea | yongyanmei48084 |
| 162 | wish.com/merchant/607e5e844402470814107881 | yueshuai59147 |
| 163 | wish.com/merchant/616bb1e78a77d5df747f0000 | yujunke24033 |

| | | |
|---|---|---|
| 164 | wish.com/merchant/60a9ba9d07b330cf807c8785 | zhangjinpeng3675 |
| 165 | wish.com/merchant/600119ec69d628325a2b3c2f | zhanglijia1213 |
| 166 | wish.com/merchant/6045d1b5364f7b63b58792b0 | zhangruilan568 |
| 167 | wish.com/merchant/613d9ecd90c5c5a46b65a731 | zhangyumeng14505 |
| 168 | wish.com/merchant/5e83e17bff14efea21307341 | Zzmonsa |